# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Civil Action No. 4:24-cv-02149<br><br>Hon. George C. Hanks |

## JOINT LETTER REQUESTING CONFERENCE

Pursuant to Procedure 6.E of the Court Procedures of Hon. Andrew M. Edison, Plaintiff Halliburton Company files the parties' joint letter requesting a conference with the Court as **Exhibit 1**.

DATED: April 25, 2025

Respectfully submitted,

*/s/ George M. Gerachis*
George M. Gerachis
Attorney-in-Charge
Texas State Bar No.: 07812500
S.D. TX Federal I.D. No.: 345390
VINSON & ELKINS L.L.P.
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Email: ggerachis@velaw.com
Telephone: 713-758-1056
Facsimile:  713-615-5612

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025, I electronically filed this pleading using the ECF system, which constitutes service on all counsel of record.

*/s/ George M. Gerachis*
George M. Gerachis