IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO: 4:24-cv-02149 |

**PROPOSED ORDER GRANTING
UNITED STATES' (I) MOTION TO COMPEL DISCOVERY RESPONSES AND
(II) REQUEST FOR MODIFICATION AND EXTENSION
OF SCHEDULING ORDER**

THIS MATTER is before the Court on the United States' Motion to Compel Discovery Responses and Request for Modification and Extension of the Scheduling Order. The Court, having reviewed the submissions, and any responses, finds the motion has merit and should be GRANTED.

**IT IS ORDERED** that Plaintiff Halliburton is compelled to withdraw its objections and definitions of "Relevant Subject Matter" and "Relevant Time Period" and, within twenty-one (21) days of service of this Order, produce all documents responsive to the United States' First and Second Requests for Production of Documents as those requests were originally written, or otherwise be barred from introducing evidence in this case that would be responsive to these discovery requests.

**IT IS FURTHER ORDERED** that a modification and extension of the Scheduling Order (Dkt.27) is warranted. Accordingly, the new deadlines will be as follows:

| | |
|---|---|
| 5/18/26 | Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 7/20//26 | Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 8/28/26 | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 9/30/26 | **DISPOSITIVE MOTIONS** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison. |
| 10/30/26 | **ALL OTHER PRETRIAL MOTIONS** |
| 12/28/26 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| __/__/26 | **DOCKET CALL is set at _____.** Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| __/__/26 | **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month.<br><br>Estimated Trial Time: _____ days. |

Signed this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE