United States District Court
Southern District of Texas
**ENTERED**
September 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON COMPANY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-2149 |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendant. § | |

### ORDER

Pending before the Court is Defendant's amended motion to dismiss Counts Two and Three of Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(1). Defendant's motion (Dkt. 29) is respectfully **DENIED**. Defendant may reassert its variance defense in a motion for summary judgment. Defendant's original motion to dismiss (Dkt. 28) is **DENIED AS MOOT**.

Defendant has filed an unopposed request for a modification of the docket control order, though the parties do not yet agree on new deadlines and briefing on the issue is not yet complete. (Dkt. 42 at p. 11). The Court will hold a status conference in this case via Zoom **on October 15, 2025 at 2:30 p.m.** to discuss a possible modification of the docket control order. The deadlines contained in the current governing docket control order are **SUSPENDED** until after the status conference.

SIGNED at Houston, Texas on September 17, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE