IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL NO: 4:24-cv-02149 |

**UNOPPOSED MOTION FOR A STAY OF DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the current deadlines set by the Court in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the current deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5.      As required by Rule 7.1, the United States notified the Plaintiff of its intent to file this Motion. The Plaintiff represented that it does not object.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the current deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

/s/ *Jonathan L. Blacker*
JONATHAN L. BLACKER
Senior Litigation Counsel
Texas State Bar No. 00796215
jonathan.blacker2@usdoj.gov
(202) 598-7019
(214) 880-9765
IGNACIO PEREZ DE LA CRUZ
Trial Attorney
Attorney-in-Charge
Massachusetts Bar No. 672618
SDTX No. 2433910
Ignacio.PerezdelaCruz@usdoj.gov
(214) 880-9759
U.S. Department of Justice
Tax Division
1700 Pacific Avenue, Suite 3700
Dallas, Texas 75201
(214) 880-9742 (Fax)

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF CONFERENCE

I certify that on October 1, 2025, I corresponded with counsel for the Plaintiff, who indicated that the Plaintiff is not opposed to this Motion.

JONATHAN L. BLACKER

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed this document via the Court's ECF system, which will send notification of such filing to all counsel of record entitled to ECF notice.

JONATHAN L. BLACKER