Case 4:24-cv-02149   Document 49   Filed on 10/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO: 4:24-cv-02149 |

**ORDER GRANTING UNOPPOSED MOTION
FOR A STAY OF DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Court hereby **GRANTS** the United States of America's Unopposed Motion for a Stay of Deadlines in Light of Lapse of Appropriations. The deadlines in this matter are stayed until the Department of Justice attorneys are permitted to resume their usual civil litigation functions. The Court further ORDERS that once funding has been restored, the parties shall file a joint status report within thirty (30) days.

IT IS SO ORDERED this   2nd   day of October, 2025

_____
UNITED STATES DISTRICT JUDGE