United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HALLIBURTON COMPANY, *Plaintiff,* | § § § § § § § § | Case No. 4:24-cv-2149 |
| v. | | |
| UNITED STATES OF AMERICA, *Defendant.* | | |

### ORDER

The district judge to whom this case is assigned recently referred the parties' joint discovery motion, ECF No. 52, for disposition. Hr'g Minutes, ECF No. 56. Geroge Gerachis, a partner at Vinson & Elkins, LLP, represents the Plaintiff, Halliburton Company. Prior to taking the bench, between 1985 and 1994, I was an associate and then a partner at Vinson & Elkins, LLP. In approximately 1990-1991, I worked as the lead litigation associate on a Halliburton tax matter with Mr. Gerachis, who worked as the lead tax associate. In addition, Mr. Gerachis is a friend. Any objection to me presiding over this matter must be filed by February 10, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on February 4, 2026.

_____
**Dena Hanovice Palermo**
**United States Magistrate Judge**